IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jeffers, Lionel M

Printed: 02/24/09

Case Number:  06 B 09051
Judge:  Wedoff, Eugene R
Filed:  7/28/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 29, 2009
Confirmed: September 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 38,108.56 |  |
| Secured: |  | 3,769.66 |
| Unsecured: |  | 29,637.26 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,974.00 |
| Trustee Fee: |  | 2,138.54 |
| Other Funds: |  | 589.10 |
| Totals: | 38,108.56 | 38,108.56 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Leeders & Associates LTD | Administrative | 1,974.00 | 1,974.00 |
| 2. Lando Resorts Corporation | Secured | 3,769.66 | 3,769.66 |
| 3. Orchard Acquisitions | Unsecured | 7,373.95 | 7,373.95 |
| 4. ECast Settlement Corp | Unsecured | 11,019.45 | 11,019.45 |
| 5. US Bank | Unsecured | 3,636.01 | 3,636.01 |
| 6. RoundUp Funding LLC | Unsecured | 7,515.17 | 7,515.17 |
| 7. World Financial Network Nat'l | Unsecured | 92.68 | 92.68 |
| 8. Fivestar Financial Services | Unsecured |  | No Claim Filed |
| 9. First USA | Unsecured |  | No Claim Filed |
| 10. Unifund Corporation | Unsecured |  | No Claim Filed |
|  |  | $ 35,380.92 | $ 35,380.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 135.09 |
| 5.4% | 1,255.86 |
| 6.5% | 520.90 |
| 6.6% | 226.69 |
|  | $ 2,138.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jeffers, Lionel M | Case Number: 06 B 09051 |
| | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 7/28/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

*/s/ Mach*